UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:17-cv-00302-NCC |
| ) | |
| REPUBLIC SERVICES, INC. and ) | |
| WHOLLY OWNED SUBSIDIARIES ) | |
| OPERATING LANDFILL ALLIED ) | |
| SERVICES, LLC, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the record. On January 27, 2017, the above captioned action was removed to this Court. On January 30, 2017, the Clerk of Court sent Plaintiff's counsel, Donald W. Crank, a letter regarding his admission status to this District's bar. On March 7, 2017, the Clerk of Court again notified Mr. Crank that he must register to be admitted to practice in this Court. As of today's date, Plaintiff's counsel has not completed his Application for Admission to Practice Law (http://www.moep.uscourts.gov/application-admission-practice-law).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's counsel shall show cause in writing no later than **April 7, 2017** why he has failed to comply with the registration and admission process of this Court. Failure to comply with this Order may result in dismissal of this action for failure to prosecute pursuant Federal Rule of Civil Procedure 41(b).

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this Order to Plaintiff's counsel by mail at the following address:

Donald W. Crank
Donald W. Crank Law Office
7777 Bonhomme Boulevard
Suite 1910
Clayton, MO 63105

Dated this 28th day of March, 2017.

    /s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE